WALTER J. FAHY and Others, Copartners, Doing Business under the Firm Name and Style of WALTER J. FAHY & COMPANY, Respondents, v. IRVING TRUST COMPANY, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of THE BANK OF UNITED STATES in Liquidation. NORTH AMERICAN RADIO CORPORATION. In the Matter of the Application of the SUPERINTENDENT OF BANKS for a Determination of Priority of Payment of Claims Pursuant to Section 78 of the Banking Law. Claim No. 44–1718. NORTH AMERICAN RADIO CORPORATION, Appellant; THE BANK OF UNITED STATES, Respondent.— Order affirmed, with twenty dollars costs and disbursements. (See 1 Daniel Neg. Inst. [7th ed.] § 149; *Meads* v. *Merchants' Bank of Albany*, 25 N. Y. 143.) Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ANNA MCGANN, as Administratrix, etc., of JAMES THOMAS MCGANN, Deceased, Respondent, v. JACOB ADLER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Merrell, Martin O'Malley and Untermyer, JJ. [149 Misc. 745.]

NEW YORK LIFE INSURANCE COMPANY, Appellant, v. HARRY STEINHART, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Respondent, v. CHAS. FROHMAN, INC., and Others, Defendants, Impleaded with ATTICA FILM CORPORATION, Appellant.— Judgment and order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE NEW UNION COAT, APRON & LINEN SUPPLY CO., INC., Appellant, v. THOMAS HANJOGLU and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion granted, except as to items 1-a and 1-b. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of FRANCES RITTER, Appellant, for an Order Construing or Determining the Provisions of a Decree of Divorce Awarded the Petitioner, etc., so as to Determine the Precise Times When the Respondent May See the Child of the Parties Hereto, THEODORE J. RITTER, an Infant, etc., and Directing That SAUL A. RITTER, Respondent, Father of Said THEODORE J. RITTER, Make Provision for the Support, Maintenance and Education of Said Infant Child.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application for Compulsory Accounting in the Estate of ELIZABETH KENT, Deceased.— Order affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.